UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LAKYAI T. SKINNER**                                                                                           **CIVIL ACTION**

**VERSUS**                                                                                                              **NO. 05-0712**

**LOYOLA UNIVERSITY LAW CLINIC, ET AL.**                                                   **SECTION "K"(1)**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and plaintiff's frivolous objections filed on March 24, 2005, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Petitioner filed a Brief in Opposition in Response to Report and Recommendation. Plaintiff sought relief for ineffective assistance of counsel under 42 U.S.C. § 1983 in connection with federal civil rights lawsuit. *See Lakyia Skinner v. Harry Lee, et al.,* Civil Action No. 98-1461.[1] The defendants in the instant suit are not state actors, and therefore, are not subject to liability under § 1983 – i.e. Loyola Law School is a private institution and the students are private individuals. *Bass v. Parkwood Hospital*, 180 F.3d 234, 242 (5th Cir. 1999). Moreover, there is no constitutional

---

[1] "A court may take judicial notice of related proceedings and records in cases before the same court." *MacMillan Bloedel Ltd. v. Flintkote Co.,* 760 F.2d 580, 587 (5th Cir. 1985).

remedy for ineffective assistance of counsel in a civil suit under § 1983. *Watson v. Moss,* 619 F.2d 775, 776 (8th Cir. 1980). In this way, plaintiffs claims are baseless. Accordingly,

**IT IS ORDERED** that plaintiff's 42 U.S.C. § 1983 claims be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted.

New Orleans, Louisiana, this  25th   day of September, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**